IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUN 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

_____ )
                        )   CASE NO. C 07 2882 CW (PR)
            Plaintiff,  )
                        )
    vs.                 )   APPLICATION TO PROCEED
                        )   **IN FORMA PAUPERIS**
                        )
                        )
            Defendant.  )
_____ )

I, __John Duke Sr._____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes _____   No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____1999 Myers Drum   $ 7.00 an hour_____

_____

_____

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes _____ No __X__

    b. Income from stocks, bonds, or royalties?    Yes _____ No __X__

    c. Rent payments?    Yes _____ No __X__

    d. Pensions, annuities, or life insurance payments?    Yes _____ No __X__

    e. Federal or State welfare payments, Social Security or other government source?    Yes _____ No __X__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married? Yes __X__ No _____

Spouse's Full Name: __Miae Erica Jasinki Duke__

Spouse's Place of Employment: __Welfare__

Spouse's Monthly Salary, Wages or Income:

Gross $____N/A____ Net $____N/A____

4. a. List amount you contribute to your spouse's support:

$ _____0_____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____0_____

_____

5. Do you own or are you buying a home? Yes _____ No __X__
Estimated Market Value: $_____ Amount of Mortgage: $_____

2

6.   Do you own an automobile?   Yes _____   No __X__

Make _____   Year _____   Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account?  (If you are a prisoner, include funds in your prison account, and provide the certificate attached, verified by an officer of the prison.)

Yes _____   No __X__

Name(s) and address(es) of bank: _____N/A_____

_____

Present balance(s):  $ _____N/A_____

Do you own any cash?   Yes _____   No _____   Amount: $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No _____

_____

8.   What are your monthly expenses?

Rent:  $ _____0_____        Utilities:  ____0____

Food:  $ _____0_____        Clothing:  ____0____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

_____No_____

_____

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes _____   No __X__

3

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____N/A_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-29-07
DATE

CC: C-1-104

John Puke SR  P-97706
SIGNATURE OF APPLICANT

10/94

4

ACCOUNT NUMBER
ACCOUNT NAME
PRIVILEGE GROUP

\*\* NO ACCOUNT ACTIVITY FOR THIS PERIOD \*\*

BEGINNING
BALANCE

> You don't have anything showing on your account before August.