EDMUND G. BROWN JR.
Attorney General of the State of California
\*\*\*Unknown: \*\*\*DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOHN R. VANCE, JR., State Bar No. 51744
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5864
  Fax:  (415) 703-1234
  Email:  John.Vance@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ANTHONY DUKE, SR.,** | C 07-02882 CW (PR) |
| Petitioner, | **RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST** |
| v. | |
| **JAMES WALKER, Acting Warden** | |
| Respondent. | |

Pursuant to Civil L.R. 6.3 and Habeas L.R. 224-6, respondent James Walker, Acting Warden, moves for a sixty (60)-day extension of time until October 18, 2007, in which to file his response. Good cause for the request is stated in the accompanying declaration of Deputy Attorney General John R. Vance, Jr.

///

///

///

///

///

1  WHEREFORE, respondent respectfully requests that this Court grant an extension of time
2  to and including October 18, 2007, in which to file an answer to order to show cause.

3  Dated:  August 6, 2007

4  Respectfully submitted,

5  EDMUND G. BROWN JR.
Attorney General of the State of California

6  DANE R. GILLETTE
Chief Assistant Attorney General

7  GERALD A. ENGLER
Senior Assistant Attorney General

8  PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ John R. Vance

_____

JOHN R. VANCE, JR.
Deputy Attorney General
Attorneys for Respondent

Duke, John.USDC Motion.wpd
SF2007401683

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *John A. Duke, Sr. v. James Walker*                                    No.:  **C 07-02882 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 6, 2007</u>, I served the attached:

**RESPONDENT'S MOTION FOR EXTENSION OF TIME TO
FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST**;
**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION
FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO
ORDER TO SHOW CAUSE**; and **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

John A. Duke, Sr.
P-97706
C.S.P. Sac IV
P.O. Box 290006
Represa, CA 95671-0066

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 6, 2007, at San Francisco, California.

|  J. Espinosa  |  /s/ J. Espinosa  |
| :---: | :---: |
| Declarant | Signature |

Duke, John.POS.wpd