1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5864
     Fax:  (415) 703-1234
8    Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ANTHONY DUKE, SR.,** | C 07-02882 CW (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **JAMES WALKER,** | |
| Respondent. | |

I, JOHN R. VANCE, JR., declare under penalty of perjury as follows:

1.  I am a Deputy Attorney General for the State of California and represent respondent in this matter.

2.  Pursuant to this Court's order, our answer is currently due to be filed on or before August 18, 2007.

3.  This is our first request for an extension of time to file an answer after this Court's order.

4.  On December 22, 2003, a jury convicted petitioner of murder.

5.  On May 21, 2004, appellant was sentenced to prison for life without the possibility of parole.

6. Petitioner claims: (1) ineffective assistance of counsel; (2) his right to due process was violated when the court allowed him to withdraw his plea of not guilty by reason of insanity; and (3) the court violated his state constitutional right to discharge his attorney.

7. Since this Court's order of June 19, 2007, I was on vacation from that date until Monday, July 16, 2007.

8. Since my return from vacation, I have worked on several assigned matters prior to this case. In addition, I have filed a petition for rehearing in one state appeal, completed an appellee's brief in the Ninth Circuit to be filed on or before August 10, 2007, and have filed a motion in *Dixon v. LaMarque*, No. 01-4974.

9. As petitioner is pro se, I have not contacted him.

Dated: August 6, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ John R. Vance
_____
JOHN R. VANCE, JR.
Deputy Attorney General
Attorneys for Respondent

Duke, John.USDC Decl of counsel.wpd
SF2007401683

Decl. of Counsel in Support of Extension of Time                    *John A. Duke, Sr. v. James Walker*
C 07-02882 CW (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *John A. Duke, Sr. v. James Walker*                          No.:  **C 07-02882 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 6, 2007</u>, I served the attached:

**RESPONDENT'S MOTION FOR EXTENSION OF TIME TO
FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST**;
**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION
FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO
ORDER TO SHOW CAUSE**; and **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

John A. Duke, Sr.
P-97706
C.S.P. Sac IV
P.O. Box 290006
Represa, CA 95671-0066

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 6, 2007, at San Francisco, California.


|         J. Espinosa         |      /s/ J. Espinosa      |
| :---: | :---: |
| Declarant | Signature |

Duke, John.POS.wpd