IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ANTHONY DUKE, SR.,** | C 07-02882 CW (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **JAMES WALKER,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including, October 18, 2007, to file an answer to order to show cause.

Dated: _____

_____
The Honorable Claudia Wilken
United States District Judge

Order                                                                                         *John A. Duke, Sr. v. James Walker*
                                                                                              Case No. C 07-02882 CW (PR)

1

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  *John A. Duke, Sr. v. James Walker*   No.: **C 07-02882 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 6, 2007</u>, I served the attached:

**RESPONDENT'S MOTION FOR EXTENSION OF TIME TO
FILE ANSWER TO ORDER TO SHOW CAUSE–FIRST REQUEST**;
**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION
FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO
ORDER TO SHOW CAUSE**; and **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

John A. Duke, Sr.
P-97706
C.S.P. Sac IV
P.O. Box 290006
Represa, CA 95671-0066

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 6, 2007, at San Francisco, California.

| J. Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

Duke, John.POS.wpd