IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ANTHONY DUKE, SR.,** | C 07-02882 CW (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES WALKER,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including, October 18, 2007, to file an answer to order to show cause.

   8/9/07

   Dated: _____

_____
The Honorable Claudia Wilken
United States District Judge

Order                                                                                          *John A. Duke, Sr. v. James Walker*
                                                                                              Case No. C 07-02882 CW (PR)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN ANTHONY DUKE SR,

    Plaintiff,

v.

JIMMY WALKER et al,

    Defendant.

Case Number: CV07-02882 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Anthony Duke P-97706
C.S.P. Sac IV
P.O. Box 290066
Represa, CA 95671-0066

Dated: August 9, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

Order

*John A. Duke, Sr. v. James Walker*
Case No. C 07-02882 CW (PR)

2