1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5864
    Fax:  (415) 703-1234
8   Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ANTHONY DUKE, SR.,** | C 07-2882 CW (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **JAMES WALKER,** | |
| Respondent. | |

Respondent hereby provides this answer to the petition for writ of habeas corpus:

**I.
CUSTODY**

Petitioner is in lawful custody of the California Department of Corrections pursuant to a valid judgment and commitment entered May 21, 2004 in Contra Costa County Superior Court, Case Number 5-011058-5, upon his convictions following a jury trial of first-degree murder, Cal. Pen. Code, §§ 187/189; elder abuse, Cal. Pen. Code, § 368, subd. (b)(1); first degree robbery, Cal. Pen. Code, §§ 211, 211.5; and first degree burglary, Cal. Pen. Code, §§ 459, 460, subd. (a). The superior court sentenced petitioner to state prison for life without the possibility of parole. Exh. A, CT 1318-1323;; exh. B, RT 2360-2361.

## II.
## PROCEDURAL HISTORY

On December 23, 2003, a jury found petitioner guilty as charged. Exh.A, CT 1189-1196, 1237-1239; Exh. B, RT 2266-2271.

On May 21, 2004, the superior court sentenced petitioner to life without the possibility of parole. Exh.A, CT 1318-1323.

On February 9, 2006, the Court of Appeal, First Appellate District affirmed petitioner's conviction in an unpublished opinion. Exh. C.

On April 26, 2006, the California Supreme Court denied review. Exh. D.

On June 4, 2007, petitioner filed a petition for habeas corpus in this Court.

On June 19, 2006, this Court issued an order to show cause.

## III.
## PROCEDURAL ISSUES

Petitioner's claim number 1 is not exhausted..

Petitioner's claims number 2 and 3 should be dismissed for failure to state a violation of federal law.

The petition is timely within the meaning of 28 U.S.C., § 2244 (d).

## IV.
## DENIAL

Respondent denies each and every allegation of the petition excepting only those matters admitted in this Answer and admitted in the accompanying memorandum of points and authorities incorporated herein by reference. In particular, respondent denies petitioner's claim that he received ineffective assistance of counsel when his trial attorney "advised him that he could withdraw his NGI plea during trial and that it could be reinstated at any time later automatically." Respondent denies petitioners claim that the state constitution was violated when the trial court allowed petitioner "to withdraw his NGI plea without an adequate knowing and intelligent comprehension that he was giving up for all time his right to a jury on his sanity issue." Finally, respondent denies that the trial court erred when it denied his *Marsden* motion.

# V.
# TRANSCRIPTS AND RECORDS

Respondent submits herewith portions of the state trial record and state appellate court proceedings, already filed with the addition of two exhibits as itemized in the accompanying Index of Exhibits.

# CONCLUSION

For the foregoing reasons, respondent respectfully requests the petition be denied, the order to show cause discharged, and these proceedings dismissed.

Dated: October 18, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ John R. Vance, Jr.
_____
JOHN R. VANCE, JR.
Deputy Attorney General
Attorneys for Respondent

20109460.wpd
SF2007401683

Answer to Order to Show Cause                                    *John A. Duke, Sr. v. James Walker*
                                                                  C 07-2882 CW (PR)

3

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  *John A. Duke, Sr. v. James Walker*           No.: **C 07-2882 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 18, 2007</u>, I served the attached:

**1.  ANSWER TO ORDER TO SHOW CAUSE;
2.  MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF
ANSWER TO ORDER TO SHOW CAUSE; and 3.  LODGING OF EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

John A. Duke, Sr.
P-97706
C.S.P. Sac IV
P.O. Box 290006
Represa, CA 95671-0066

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 18, 2007, at San Francisco, California.


|  J. Espinosa  |   /s/  J. Espinosa   |
|:---:|:---:|
| Declarant | Signature |

20109667.wpd