1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5864
     Fax: (415) 703-1234
8    Email: John.Vance@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ANTHONY DUKE, SR.,** | C 07-2882 CW (PR) |
| Petitioner, | **LODGING OF EXHIBITS** |
| v. | |
| **JAMES WALKER,** | |
| Respondent. | |

**EXHIBIT LIST**

Exhibit A:  Clerk's Transcripts on Appeal (8 volumes);

Exhibit B:  Reporter's Transcript on Appeal (14 volumes);

Exhibit C:  California Court of Appeal's Opinion;

Exhibit D:  Order Denying Review;

Exhibit E:  Review Petition; and

Exhibit F:  Respondent's Brief in the California State Court of Appeal

///

///

1  Dated: October 18, 2007

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  

7  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

8

9  John R. Vance, Jr.

10 _____
   JOHN R. VANCE, JR.
11 Deputy Attorney General
   Attorneys for Respondent

12

13 20109663.wpd
14 SF2007401683

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  *John A. Duke, Sr. v. James Walker*    No.: **C 07-2882 CW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 18, 2007</u>, I served the attached:

**1. ANSWER TO ORDER TO SHOW CAUSE;
2. MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF ANSWER TO ORDER TO SHOW CAUSE; and 3. LODGING OF EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

John A. Duke, Sr.
P-97706
C.S.P. Sac IV
P.O. Box 290006
Represa, CA 95671-0066

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 18, 2007, at San Francisco, California.

|  J. Espinosa  |  /s/  J. Espinosa  |
|---|---|
| Declarant | Signature |

20109667.wpd