**FILED**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OKLAND DIVISION

NOV - 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1
2
3

| | |
|---|---|
| 4  JOHN ANTHONY DUKE SR., ) | CASE NO.(07-02882 CW (PR) |
| 5      PETITIONER, ) | PETITIONER'S MOTION FOR EXTENTION OF TIME (FIRST REQUEST) TO FILE TRAVERSE |
| 6      v. ) | /DENIAL/ANSWERE TO RESP- ONDENT's -ANSWERE TO |
| 7  JAMES WALKER, ) | COURT'S ORDER TO SHOW CAUSE |
| 8      RESPONDENT, ) | |
| 9  ACTING WARDEN AT C.S.P. SAC. IV ) | |

10

11

12    Pursuant to L.R. 142 petitioner John Anthony Duke Sr., resp-

13 ectfully requests move for an extention of time of (60) sixty

14 days from his "Due Date" to file his Traverse/ Denial/Answere to

15 respondent's "Answere" (Dated October 18, 2007) to this Honorable

16 Court's "ORDER TO SHOW CAUSE", Dated June 19, 2007.

17    Petitoner recieved a copy of respondents "Answere" to the

18 Court's ORDER TO SHOW CAUSE on October 22, 2007,  and does not

19 know when his "due date" is to file his Traverse/Denial/ and or

20 answere to respondent's  answere to this Court's ORDER TO SHOW

21 CAUSE.

22    Good cause for this request is stated in petitioner's accom-

23 panying "DECLARATION IN SUPPORT OF APPLICATION FOR EXTENTION OF

24 TIME - FIRST REQUEST.

25    Wherefore, petitioner respectfully requests that this Honor-

26 able Court grant an extention of time of (60) sixty days beyond

27 petitioners "Due Date" to file his Traverse/Denial/ and or Ans-

28 were to respondent's "Answere" (dated October 18, 2007).

1    Date: 10/31/07                          Respectfully Submitted,

2      cc: File  CI-104;
          Office of the
3         Attorney General                   John Anthony Duke Sr.
          c/o Deputy Attorney                Petitioner On Habeas Corpus
4         General John R. Vance Jr.          Proceeding In Forma Paup-
                                             eris

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28