John Doke SR  P9C7706
CSP-Sac FC 1-104
Po Box 290066
Represa, CA, 95671

CW

RECEIVED

07 NOV-2 PM 12:46

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District Oakland District
U.S. Courthouse
450 Golden Gate Ave,
San Francisco, CA 94102-3483

9410255661 C004

0004609711  NOV 01 2007
MAILED FROM ZIP CODE 95670