IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OKLAND DIVISION

FILED
07 NOV -2 PM 12:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN ANTHONY DUKE SR.,

  PETITIONER,

  v.

JAMES WALKER,

  RESPONDENT,

ACTING WARDEN AT C.S.P. SAC IV

CASE NO. C 07-02882 CW (PR)
PETITIONER'S DECLARATION IN SUPPORT OF APPLICATION FOR EXTENTION OF TIME IN WHICH TO FILE HIS TRAVERSE/DENIAL/ANSWERE TO RESPONDEN'S - ANSWERE TO THIS COURT'S - ORDER TO SHOW CAUSE

  I, John Anthony Duke Sr., declare under penalty of perjury that the foregoing is true and correct.

  1) I am the petitioner in this petition For Writ Of Habeas Corpus.

  2) I am proceeding with this Court's permission, In Forma Pauperis.

  3) On December 22, 2003, a jury found me guilty of murder.

  4) On May 21, 2004, I was sentenced to prison for life without the possibility of parole (unconstitutionally).

  5) Petitioner recieved a copy of Respondent's 1) Motion For Extention Of Time - First Request; 2) Declaration Of Counsel In Support Of said motion; and 3) A [Proposed Order] prepared by Respondent's Counsel, John R. Vance, Jr., Attorney General, on August 9, 2007.

  6) Petitioner recieved a copy of respondent's; 1) Answere to the Order To Show Cause:; 2) Lodging of Exhibits; and 3) Memorandum Of Points and Authorities In Support Of Answere to Order To Show Cause.

PROOF OF SERVICE BY MAIL

I. John Anthony Duke Sr., declare that I am over the age of 18, that I am an incarcerated inmate in the California State Prison at C.S.P. SAC IV, and I am a party in the attached action (Case no. C07-0882 CW (PR).

On October 31, 2007 I placed a copy of the following; "PETITIONER'S DECLARATION IN SUPPORT OF APPLICATION FOR EXTENTION OF TIME : PETITIONER'S MOTION FOR EXTENTION OF TIME (FIRST REQUEST) ; REQUEST FOR APPOINTMENT OF COUNSEL - SECOND REQUEST ; PETITIONER'S REQUEST FOR A COPY OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT in the institutional mail, in order for the institution to place into the United States postal service mail, postage paid by Petitioner.

I served an "Original" and one (1) copy of the above said documents to the following, addressed as follows;

United States District Court
Northern District Okland Division
U.S. Courthouse
450 Golden Gate Ave.,
San Fransisco, Ca 94102- 3483

James Walker, Actiong Warden
C.S.P. SAC IV P.O. Box 290066
Represa, Ca 95671-0066

Attorney General State of California,
455 Golden Gate Ave., # 11000
San Fransisco Ca. 94102

This declaration was executed on October 31, 2007

Date: 10-31-07

*John Duke Sr* (signature)
John Anthony Duke Sr. P-97706