FILED
NOV - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OKLAND DIVISION

| | |
|---|---|
| JOHN ANTHONY DUKE SR.,<br><br>PETITIONER,<br><br>v.<br><br>JAMES WALKER,<br><br>RESPONDENT,<br><br>ACTING WARDEN AT C.S.P. SAC IV | CASE NO. C 07-02882 CW (PR)<br>REQUEST FOR APPOINTMENT OF COUNSEL - SECOND REQUEST WITH DECLARATION OF INDEGENCY AND DECLARATION IN SUPPORT OF APPLICATION/REQUEST FOR APPIONTMENT OF COUNSEL |

I John Anthony Duke Sr., declare that the foregoing is true and correct.

1) I am the petitioner in the above reffered matter (case no. C07- 02882).

2) I am incarcerated at C.S.P. SAC IV prison, and am indegent and unable to afford counsel.

3) That my total assets are $00.00 and my monthly income is $oo.oo per month.

4) On May 29, 2007 petitioner filed a Petition For Writ Of Habeas Corpus in this Court, with a "Request For Appointment of Counsel" attached thereto.

5) On June 19, 2007, this Honorable Court denied petitioner's "Request For Appointment Of Counsel" without prejudice.

6) Petitioner is uneducated, mentally impaired and in no position to investigate facts stated by the "Respondent" to this action.

7) Petitioner has no idea of how to proceed in this action, and is desperately in need of counsel in this particular case in

1 order to prevent due process violations and in order to frame and
2 or try petitioner's claims further.
3    8) Petitioner has been told by Sean P. Moore (C.D.C. No. H-
4 80268) (who originally prepared petitioner's original Petition
5 For Writ Of Habeas Corpus) that this Court "noted", "that petiti-
6 oner has presented his claim adequately in the petition". But
7 Moore is no-longer available to help in this matter, and peti-
8 tioner does not know what to do at this pooint.
9    Wherefore, petitoner respectfully requests in the second in-
10 stance, that this Honorable Court appoint petitioner counsel so
11 as to prevent "Due Process Violations", to "protect petitioner's
12 rights, to frame and or try petitioner's claims, and to preserve
13 the interests of justice.

Date: 10/31/07
cc: File CL-104
    Office of the
    Attorney General
    c/o Deputy Attorney
    General John R. Vance Jr.

Respectfully Submitted,

John Duke SK
John Anthony Duke Sr.,
Petitioner On Habeas
Corpus Proceeding In
Forma Pauperis