IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OKLAND DIVISION

**FILED**
NOV - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOHN Anthony Duke Sr.,

    Petitioner,

v.

James Walker,

    Respondent,

Acting Warden At C.S.P. SAC IV

CASE NO. C07-02882 CW (PR)
Petitioners Request For a Copy Of The Local Rules of the United States District Court Northern District of California Okland Division

    I, John Anthony Duke Sr., come before this Honorable Court in the above referenced action (case no. C07-02882 CW (PR)), and respectfully request a copy of the Local Rules of the United States District Court, Northern District of California, Okland Division, and the Civil Local Rules governing Federal Writs of Habeas Corpus.

    Petitioner is untrained at law, mentally impaired and indegent.

    Wherefore, petitioner respectfully requests that this Honorable Court and or Court Clerk supply petitioner with the said requested copy of the Local Rules of the United States District Court and Civil Local Rules governing Federal Writs of Habeas Corpus in the Northern Disrtict, Okland Division.

Date: 10/31/07
  cc: File C1-104
    Office of the
    Attorney General
    c/o Deputy Attorney
    General John R. Vance Jr.

Respectfully Submitted,

*John Duke SR*
John Anthony Duke SR.
Petitioner On Habeas Corpus Proceeding In Forma Pauperis