IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOHN ANTHONY DUKE SR.,

      PETITIONER,

      v.

JAMES WALKER,

      RESPONDENT,

ACTING WARDEN AT C.S.P. SAC IV

CASE NO. C07-02882 CW
PETITIONER'S MOTION FOR
A SECOND EXTENTION OF
TIME TO FILE HIS TRAVERSE

    Petitioner respectfully requests a second extention of time to file his Traverse, as his current due date is 1-13-08. Petitioner respectfully moves this honorable court for an additional sixty days (60) of time until (3-13-08) March 13th 2008, in which to file his Traverse in this matter. Good cause in this request is stated in the accompanying declaration of petitioner.

    Wherewfore, petitioner respectfully requests that this Court grant an additional extention of time to and including March 13th, 2008.

Dated : 12-23-07
  cc: File EC 1-104
      Office of the
      Attorney General

*John Anthony Duke SR*
John Anthony Duke Sr.
Petitioner on Habeas
Corpus Proceeding In
Forma Pauperis

P. 1