John Anthony Duke SR P29706
CSP-Sac FCI-104
P.O. Box 290066
Represa, Calif 95671

United States District Court
Northern District Oakland District
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102-3483