IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED
DEC 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| JOHN ANTHONY DUKE SR., <br> PETITIONER, <br> v. <br> JAMES WALKER, <br> RESPONDENT, <br> ACTING WARDEN AT C.S.P. SAC IV | Case No. C07-02882 CW (PR) <br> DECLARATION OF PETITIONER IN SUPPORT OF A SECOND EXTENTION OF TIME TO FILE HIS TRAVERSE WITH ATTACHED YARD SCHEDULE AND LAW LIBRARY HOURS AND A COPY OF RESPONDENT'S CITED CASES IN ITS "ANSWERE" |

On approximately October 18th, 2007 "Respondent" filed an "answere" to this Courts Order To Show Cause order. Petitioner recieved a copy of this "answere" on approximately October 22, 2007.

On approximately October 30, 2007, petitioner filed for an extention of time in order to file his "Traverse" in this matter, and on approximately November 14th, 2007, this Honorable Court granted petitioner's request for extention of time, and petitioner recieved a copy of this Honorable Court's order on approximately November 16th, 2007.

Since that time (11-16-07) to date (12-23-07) the Law Library has been open for approximately eighteen to twenty hours in the month of November and approximately fourty hours total so far for the month of December. Attached hereto is a copy of this yards Law Library schedule for the months of October and November (petitioner does not have a schedule for the month of December 2007 or January 2008 at this time). Also, attached hereto is a copy of petitioner's assigned living quarters blocks

1  yard schedule, whereas this <u>would</u> be the only time petitioner
2  would have access to the Law Library if he wasn't assigned to
3  an educational class from 7:00 AM to 14:30 PM Monday through
4  Friday, which he in fact <u>is</u>. Petitioner has also applied for
5  P.L.U. status (prefered library use) but was recently told that
6  he needed to re-aply because his original application was lost,
7  wherefore, petitioner <u>has</u> infact re-applied, but has yet as
8  of this date been approved. Petitioner has virtualy had <u>no</u> access
9  to the Law Library in order to research the <u>thirty</u> some odd
10 cases that the respondent has cited in thier "answere" to this
11 Courts Order To Show Cause.
12     Considering the fact that Respondent has had four months
13 to file an "answere" to this Courts Order To Show Cause Order,
14 and more probable than not, has full time access to all tools
15 needed to research and shepardize case law, it would only seem
16 appropriate to grant petitioner an additional amount of time
17 in order for him to research, prepare and file his traverse
18 in this matter.
19     Wherefore petitioner respectfully requests that this Honor-
20 able Court grant petitioner an second extention of time to and
21 including March 13th, 2008.

Dated : 12-23-07
   cc : File FC 1-104
        Office of the
        Attorney General

Respectfully Submitted,

*John Anthony Duke SR*
John Anthony Duke Sr.
Petitioner on Habeas
Corpus Proceeding In
Forma Pauperis

John,

I understand what you want and why but the best I can do is send you a yard schedule for December and the other is what I made up to show how often we have been open and closed. You can use it for an extension of time if you want. It is accurate. Sorry but it is the best I can do. Let me know if there is anything else I can do to help.

                Respects,

                          Jack  C-5-119 or Law Library

Revised: 11/26/07

# C-FACILITY YARD SCHEDULE
## DECEMBER - 2007

| SUNDAY 11/25/07 | MONDAY 11/26/07 | TUESDAY 11/27/07 | WEDNESDAY 11/28/07 | THURSDAY 11/29/07 | FRIDAY 11/30/07 | SATURDAY 12/1/07 |
|---|---|---|---|---|---|---|
| FIRST YARD 1, 2, 7, 8 RDO ONLY<br><br>SECOND YARD 3, 4, 5, 6 RDO ONLY | FIRST YARD 7, 6B<br>SECOND YARD 8, 6C<br>THIRD YARD 5, 6A | FIRST YARD 2, 3B<br>SECOND YARD 1, 3A<br>THIRD YARD 4, 3C | FIRST YARD 8, 6A<br>SECOND YARD 5, 6B<br>THIRD YARD 7, 6C | FIRST YARD 1, 3C<br>SECOND YARD 4, 3B<br>THIRD YARD 2, 3A | FIRST YARD 5, 6C<br>SECOND YARD 7, 6A<br>THIRD YARD 8, 6B | FIRST YARD 1, 2, 7, 8 RDO ONLY<br><br>SECOND YARD 3, 4, 5, 6 RDO ONLY |

| SUNDAY 12/2/07 | MONDAY 12/3/07 | TUESDAY 12/4/07 | WEDNESDAY 12/5/07 | THURSDAY 12/6/07 | FRIDAY 12/7/07 | SATURDAY 12/8/07 |
|---|---|---|---|---|---|---|
| FIRST YARD 3, 4, 5, 6 RDO ONLY<br><br>SECOND YARD 1, 2, 7, 8 RDO ONLY | FIRST YARD 4, 3A<br>SECOND YARD 2, 3C<br>THIRD YARD 1, 3B | FIRST YARD 7, 6B<br>SECOND YARD 8, 6C<br>THIRD YARD 5, 6A | PICTURE TAKING DAY<br><br>YARDS CANCELLED | FIRST YARD 8, 6A<br>SECOND YARD 5, 6B<br>THIRD YARD 7, 6C | FIRST YARD 1, 3C<br>SECOND YARD 4, 3B<br>THIRD YARD 2, 3A | FIRST YARD 3, 4, 5, 6 RDO ONLY<br><br>SECOND YARD 1, 2, 7, 8 RDO ONLY |

| SUNDAY 12/9/07 | MONDAY 12/10/07 | TUESDAY 12/11/07 | WEDNESDAY 12/12/07 | THURSDAY 12/13/07 | FRIDAY 12/14/07 | SATURDAY 12/15/07 |
|---|---|---|---|---|---|---|
| FIRST YARD 1, 2, 7, 8 RDO ONLY<br><br>SECOND YARD 3, 4, 5, 6 RDO ONLY | FIRST YARD 5, 6C<br>SECOND YARD 7, 6A<br>THIRD YARD 8, 6B | FIRST YARD 4, 3A<br>SECOND YARD 2, 3C<br>THIRD YARD 1, 3B | FIRST YARD 7, 6B<br>SECOND YARD 8, 6C<br>THIRD YARD 5, 6A | FIRST YARD 2, 3B<br>SECOND YARD 1, 3A<br>THIRD YARD 4, 3C | FIRST YARD 8, 6A<br>SECOND YARD 5, 6B<br>THIRD YARD 7, 6C | FIRST YARD 1, 2, 7, 8 RDO ONLY<br><br>SECOND YARD 3, 4, 5, 6 RDO ONLY |

| SUNDAY 12/16/07 | MONDAY 12/17/07 | TUESDAY 12/18/07 | WEDNESDAY 12/19/07 | THURSDAY 12/20/07 | FRIDAY 12/21/07 | SATURDAY 12/22/07 |
|---|---|---|---|---|---|---|
| FIRST YARD 3, 4, 5, 6 RDO ONLY<br><br>SECOND YARD 1, 2, 7, 8 RDO ONLY | FIRST YARD 1, 3C<br>SECOND YARD 4, 3B<br>THIRD YARD 2, 3A | FIRST YARD 5, 6C<br>SECOND YARD 7, 6A<br>THIRD YARD 8, 6B | FIRST YARD 4, 3A<br>SECOND YARD 2, 3C<br>THIRD YARD 1, 3B | FIRST YARD 7, 6B<br>SECOND YARD 8, 6C<br>THIRD YARD 5, 6A | FIRST YARD 2, 3B<br>SECOND YARD 1, 3A<br>THIRD YARD 4, 3C | FIRST YARD 3, 4, 5, 6 RDO ONLY<br><br>SECOND YARD 1, 2, 7, 8 RDO ONLY |

| SUNDAY 12/23/07 | MONDAY 12/24/07 | CHRISTMAS DAY | WEDNESDAY 12/26/07 | THURSDAY 12/27/07 | FRIDAY 12/28/07 | SATURDAY 12/29/07 |
|---|---|---|---|---|---|---|
| FIRST YARD 1, 2, 7, 8 RDO ONLY<br><br>SECOND YARD 3, 4, 5, 6 RDO ONLY | FIRST YARD 8, 6A<br>SECOND YARD 5, 6B<br>THIRD YARD 7, 6C | FIRST YARD 3, 4, 5, 6 RDO ONLY<br><br>SECOND YARD 1, 2, 7, 8 RDO ONLY | FIRST YARD 1, 3C<br>SECOND YARD 4, 3B<br>THIRD YARD 2, 3A | FIRST YARD 5, 6C<br>SECOND YARD 7, 6A<br>THIRD YARD 8, 6B | FIRST YARD 4, 3A<br>SECOND YARD 2, 3C<br>THIRD YARD 1, 3B | FIRST YARD 1, 2, 7, 8 RDO ONLY<br><br>SECOND YARD 3, 4, 5, 6 RDO ONLY |

- **WEEKDAY YARD:**   1ST YARD: 0745-0940 / 2ND YARD: 0955-1150 / 3RD YARD: 1205-1400.
- **WEEKEND YARD:**   1ST YARD: 0745-1050 / 2ND YARD: 1125-1400.
- NOTE: YARD SCHEDULE IS SUBJECT TO CHANGE BASED ON FACILITY NEEDS.
- ASSIGNED WORKERS WHOSE JOB/EDUCATION ASSIGNMENT HAS BEEN CANCELLED FOR THE DAY WILL BE ALLOWED ACCESS TO THE YARD ON WEEKDAYS WITH THEIR ASSIGNED HOUSING UNIT.
- ASSIGNED INMATES WITH RDOS ON WEEKDAYS WILL BE ALLOWED ACCESS TO THE FIRST YARD ON THEIR RDOS.
- INMATES ASSIGNED TO THE BRIDGING PROGRAM ARE ELIGIBLE TO RECEIVE YARD WITH THEIR ASSIGNED HOUSING UNIT.

D. LYTLE
Correctional Sergeant
C-Facility

J. MAYHEW
Correctional Lieutenant
C-Facility

D. LEIBER
Correctional Captain
C-Facility

# November 2007

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | | | | 1<br>9.30 to 2.30 | 2<br>8.15 to 2.30 | 3 |
| 4 | 5<br>closed | 6<br>closed | 7<br>closed | 8<br>10.40 to 2.30 | 9<br>8.00 to 1.55 | 10 |
| 11 | 12<br>closed | 13<br>9.45 to 1.55 | 14<br>9.15 to 2.10 | 15<br>8.35 to 11.30 | 16 | 17 |
| 18 | 19<br>9:30 to 2:15 | 20<br>9:30 to 2:15 | 21 | 22<br>closed | 23<br>closed | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

## October 2007

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  | 1<br>8.00 to 2.15 | 2<br>8.00 to 2.30 | 3<br>closed | 4<br>9.20 to 2.10 | 5<br>8.00 to 11.45 | 6 |
| 7 | 8<br>closed | 9<br>8.00 to 2.20 | 10<br>8.25 to 2.15 | 11<br>10.00 to 1.50 | 12<br>11.15 to 2.25 | 13 |
| 14 | 15<br>closed | 16<br>8.25 to 2.45 | 17<br>closed | 18<br>8.10 to 2.30 | 19<br>8.10 to 1.50 | 20 |
| 21 | 22<br>8.00 to 2.40 | 23<br>8.20 to 2.30 | 24<br>closed | 25<br>8.50 to 2.20 | 26<br>8.15 to 2.15 | 27 |
| 28 | 29<br>8.00 to 2.35 | 30<br>8.20 to 2.30 | 31<br>closed |  |  |  |

|        |          |      |          | Possible Hours | Hours Open | Hours Missed |
|--------|----------|------|----------|----------------|------------|--------------|
| Week 1 | 10-1-07  | thru | 10-5-07  | 35             | 21.5       | 13.5         |
| Week 2 | 10-8-07  | thru | 10-12-07 | 28             | 19.5       | 8.5          |
| Week 3 | 10-15-07 | thru | 10-19-07 | 35             | 18         | 17           |
| Week 4 | 10-22-07 | thru | 10-26-07 | 35             | 24.75      | 10.25        |
| Week 5 | 10-29-07 | thru | 11-2-07  | 35             | 23.75      | 11.25        |
| Week 6 | 11-5-07  | thru | 11-9-07  | 35             | 9.75       | 25.25        |
| Week 7 | 11-12-07 | thru | 11-16-07 | 28             | 12.25      | 15.75        |
| Week 8 | 11-19-07 | thru | 11-23-07 | 21             | 14.75      | 6.25         |
| Week 9 | 11-26-07 | thru | 11-26-07 | 35             | 19.75      | 15.25        |
|        |          |      |          | 287            | 164        | 123          |

Total Possible Hours:      287

Total Hours Open:          164

Total Hours Missed:        123

# TABLE OF AUTHORITIES

Page

**Cases**

*Baldwin v. Reese*
541 U.S. 27 (2004) ............ 4

*Branzburg v. Hayes*
408 U.S. 665 (1972) ............ 7

*Brown v. Craven*
424 F.2d 1166 (9th Cir. 1970) ............ 14

*Carey v. Musladin*
127 S.Ct. 649, 653-654 (2006) ............ 12

*Dows v. Wood*
211 F.3d 480 (9th Cir. 2000) ............ 5

*Duncan v. Henry*
513 U.S. 364 (1995) ............ 4

*Early v. Packer*
537 U.S. 3 (2002) ............ 3

*Estelle v. McGuire*
502 U.S. 62 (1991) ............ 6

*Gatlin v. Madding*
189 F.3d 882 (9th Cir. 1999) ............ 4

*Gray v. Netherland*
518 U.S. 152 (1996) ............ 4

*Hernandez v. Small*
282 F.3d 1132 (9th Cir. 2002) ............ 2

*Hinman v. McCarthy*
676 F.2d 343 (9th Cir. 1982) ............ 6, 12

*Howell v. Mississippi*
543 U.S. 440 (2005) ............ 6

*Jackson v. Coalter*
337 F.3d 74 (1st Cir. 2003) ............ 5

*Johnson v. Zenon*
88 F.3d 828 (9th Cir. 1996) ............ 4

*Kelly v. Small*
315 F.3d 1063 (9th Cir. 2003) ............ 5

## TABLE OF AUTHORITIES (continued)

Page

*Kimmelman v. Morrison*
477 U.S. 365 (1986) ............................................................................................ 5

*Morris v. Slappy*
461 U.S. 1 (1982) ............................................................................................ 14

*Parle v. Runnels*
387 F.3d 1030 (9th Cir. 2004) ............................................................................ 6

*People v. Marsden*
2 Cal.3d 118 (1970) ............................................................................ 6, 12, 15

*Picard v. Connor*
404 U.S. 270 (1971) ............................................................................................ 4

*Schell v. Witek*
218 F.3d 1017 (9th Cir. 2000) ........................................................................ 14

*Stevenson v. Lewis*
384 F.3d 1069 (9th Cir. 2004) .......................................................................... 6

*Strickland v. Washington*
466 U.S. 668 (1984) ................................................................................ 5, 6, 14

*United States v. George*
85 F.3d 1433 (9th Cir. 1996) .......................................................................... 14

*United States v. Schaff*
948 F.2d 501 (9th Cir. 1991) .......................................................................... 14

*Watts v. Bonneville*
879 F.2d 685 (9th Cir. 1989) ............................................................................ 6

*Wheat v. United States*
486 U.S. 153 (1988) ........................................................................................ 14

*Williams v. Taylor*
529 U.S. 362 (2000) .......................................................................................... 3

*Woodford v. Visciotti*
537 U.S.19 (2002) .............................................................................................. 3

*Yarborough v. Gentry*
540 U.S. 1 (2003) ............................................................................ 6, 12, 15

**Statutes**

28 United States Code
　　§ 2254, subd. (b) ............................................................................................ 4
　　§ 2254, subd. (d) .................................................................................. 3, 5, 12

## DECLARATION OF SERVICE THROUGH C.D.C. INSTITUTIONAL MAIL

Case Name: John A. Duke Sr. v. James Walker        No. C 07-02882 CW (PR)


I John Anthony Duke Sr., Declare that I am 18 tears of age or older and am a party to this matter. That I placed a true copy of the foregoing documents in the C.D.C. institutional mail here at C.S.P. Sac IV.


On 12-23-07, I served a true and correct copy of the attached:

1) PETITIONER'S MOTION FOR A SECOND EXTENTION OF TIME TO FILE HIS TRAVERSE

2) DECLARATION OF PETITIONER IN SUPPORT OF A SECOND EXTENTION OF TIME TO FILE HIS TRAVERSE WITH ATTACHED YARD SCHEDULE AND LAW LIBRARY HOURS AND A COPY OF RESPONDENT'S CITED CASES IN ITS "ANSWERE"


By placing a true and correct copy thereof in an envelope with postage fully prepaid, and addressed as follows:

    Attorney General of the State Of California,
    c/o Deputy Attorney General John R. Vance Jr.,
    State Bar No.51744 at; 455 Golden Gate Avenue,
    Suite 11000 San Francisco, Ca 94102-7004


I John Anthony Duke Sr., Declare that the foregoing is true and correct of my knowledge under the penalty of purjury and the Laws of the Sate of California and this declaration was executed on 12-23-07.


_John Anthony Duke SR_
Declarant

_John Anthony Duke SR_
John Anthony Duke Sr.

Date: 12-23-07