IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY DUKE SR., | No. C 07-02882 CW (PR) |
|     Petitioner, | ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |
|   v. | |
| JIMMY WALKER, Acting Warden, | |
|     Respondent. / | |

    Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by March 13, 2008.

    This Order terminates Docket no. 14.

    IT IS SO ORDERED.

Dated: 1/7/08

                                         CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\HC.07\Duke2882.2ndEOTtraverse.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN ANTHONY DUKE SR,

        Plaintiff,

v.

JIMMY WALKER et al,

        Defendant.

Case Number: CV07-02882 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Anthony Duke P-97706
C.S.P. Sac IV
P.O. Box 290066
Represa, CA 95671-0066

John Raikes Vance
State of California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: January 7, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk