

John Duke Sr. P-97706
C-1-104 CSP SAC IV
P.O. Box 290066
Represa, CA 95671-0066

To: The United States District
Court For The Northern District
U.S. COURT HOUSE
450 Golden Gate Avenue
San Francisco, CA
94102-3483