FILED
JUN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

June 9, 08

To the Clerk of the Northern District court,

I sent to you a writ of Habeas Corpus with a due date of March 13, 08. It was sent on the 4th day of March, 08 and I have not received anything saying it was filed. Could you please let me know the status of my case? Please.

John Anthony Duke SR
Case # C07-02882 CW (PR)


John Anthony Duke SR
P-97706
C.S.P. Sac IV
P.O. Box 290066
Represa, CA 95671-0066