

John Anthony Duke SR P97706
C.P. SAC IV
P.O. Box 290066
Represa, CA 95671-0066

OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA. 94612-5212

02 1A
0004609711
MAILED FROM ZIPCODE 95670
$00.00
JUN 10 2008