**FILED** June 18, 08

JUN 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
SF

To the Court Clerk,

I had a writ of habeas corpus due on March 13, 2008 and it was mailed in on the 4th day of March 2008. I have not recieved anything saying that it was filed? Could you please let me know the status of my case? Thank you. John Duke SR

John Anthony Duke SR   P97706

Case # C07-02882 CW (PR)

Address # CSP Sac Fcl-104
P.O. Box 290066
Represa, CA. 95671

Thank you very much!

John Duke SR