John Duke SR P97706
CSP Sac FC 1-104
P.O. Box 290066
Represa, CA 95671

United States District Court
Northern District c/o court clerk
U.S. Courthouse OAKLAND
450 Golden Gate Ave.,
San Francisco, CA 94102-3483





RECEIVED

JUN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA